**Entered on Docket**
**January 15, 2010**

_Bruce A. Markell_
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates,
Series 2007-RP1
09-77870

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-30459-BAM |
| Susan J. Goin | Date:  12/22/09<br>Time: 1:30 pm |
| Debtor. | Chapter 7 |

1
2

## ORDER VACATING AUTOMATIC STAY

3

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

4

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

5

Secured Creditor U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-

6

Backed Certificates, Series 2007-RP1, its assignees and/or successors in interest, of the subject

7

property, generally described as 1871 Black Water Court, Las Vegas, NV 89117, and legally described

8

as follows:

9

PARCEL ONE (1):

10
11

Lot Four (4) of RANCHO NEVADA SUBDIVISION, as shown by map thereof on file in Book 45 of Plats, Page 100, in the Office of the County Recorder of Clark County, Nevada.

12

PARCEL TWO (2):

13
14

An easement for ingress and egress over those portions of Lots One (1) through Three (3) and Five (5) through Nine (9), and lying within the Private Drive as shown by said map.

15    ///
16    ///
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///

1

2        **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

3  **give Debtor at least five business days' notice of the time, place and date of sale.**

4              DATED this _____ day of _____ 2009

5  Submitted by:

6  **WILDE & ASSOCIATES**

7  By:___/s/Gregory L. Wilde, Esq_____
   **Gregory L. Wilde, Esq.**
8  Attorney for Secured Creditor
   208 South Jones Boulevard
9  Las Vegas, Nevada 89107

10 APPROVED / DISAPPROVED

11
   By:_____
12 Lucien A. Cravens, Jr.
   931 South Third Street
13 Las Vegas, NV 89101
   Attorney for Debtor(s)
14

15 Nevada Bar No:_____

16 APPROVED / DISAPPROVED

17 By:_____
   James F. Lisowski, Sr.
18 P.O Box 95695
   Las Vegas, NV  89193
19 Chapter 7 Trustee

20

21

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor